JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank W. Granderson, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Pankaj V Patel; <br> Kalpana P Patel; and Does 1-10, <br><br> Defendants. | Case: 2:13-CV-06812-RGK-SS <br><br> **STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

**ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

Dated: February 13, 2014

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT JUDGE

1